jurisdiction "if at the time of filing the petition a proceeding concerning the custody of the child was pending in a court of another state exercising jurisdiction substantially in conformity with this article". Although Thibault commenced an adoption proceeding before plaintiff moved for custody, New York does not recognize an adoption proceeding as a custody proceeding (see, Domestic Relations Law § 75-c [3]). We recognize that, while neither the PKPA nor California's version of the UCCJA expressly includes an adoption proceeding within the definition of "custody proceeding", courts interpreting those statutes have concluded that an adoption proceeding comes within the statutory definition of a custody proceeding (see, 28 USC § 1738A [b] [3]; Cal Fam Code § 3402 [c]; *Adoption of Zachariah K.,* 6 Cal App 4th 1025, 8 Cal Rptr 2d 423; *Hylland v Doe,* 126 Ore App 86, 867 P2d 551, *review denied* 318 Ore 478, 871 P2d 123). There is no need to resolve the conflict between statutes, however, as defendant, in opposing plaintiff's motion for temporary custody, represented to the court that no adoption proceeding was being pursued in California. Further, commencement of the guardianship proceeding in California could not preclude New York from exercising jurisdiction because that proceeding was commenced after plaintiff moved for custody.

Accordingly, the initial order granting temporary custody of Zachary to plaintiff and directing that the child be surrendered to plaintiff and the order refusing to decline jurisdiction or to vacate that prior order should be affirmed.

DENMAN, P. J., GREEN, CALLAHAN and BOEHM, JJ., concur.

Order unanimously affirmed, without costs.

JAMES MAZUR, Respondent, v ROXANNE MAZUR, Defendant, and CARA L. THIBAULT, Intervenor-Appellant. (Appeal No. 2.) [621 NYS2d 980] —Appeal unanimously dismissed without costs. Same opinion as in *Mazur v Mazur* (207 AD2d 61 [decided herewith]). Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.

JAMES MAZUR, Respondent, v ROXANNE MAZUR, Defendant, and CARA L. THIBAULT, Intervenor-Appellant. (Appeal No. 3.) [621 NYS2d 981] —Order unanimously affirmed without costs. Same opinion as in *Mazur v Mazur* (207 AD2d 61 [decided herewith]). Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.